UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., ) ) ) Plaintiffs, ) ) v. ) ) PERNIKOFF CONSTRUCTION COMPANY, ) ) Defendant. ) | Case No.: 4:08cv01526 JCH |

### JOINT MOTION TO FILE PLEADING UNDER SEAL

Come now plaintiffs and defendant, through counsel, and jointly move this Court for leave to file under seal the parties' Stipulation for Entry of Consent Judgment. The parties request this action because it was an agreed-upon term of their resolution of this matter, and because it will facilitate their ability to successfully complete that resolution.

WHEREFORE, the parties jointly request leave to file under seal their Stipulation for Entry of Consent Judgment.

| | |
|---|---|
| HAMMOND, SHINNERS, TURCOTTE, LARREW & YOUNG, P.C. 7730 Carondelet Avenue, Suite 200 St. Louis, Missouri 63105 Tel: (314) 727-1015 Fax: (314) 727-6804 | THE SCHINDLER LAW FIRM 141 N. Meramec, Suite 201 St. Louis, Missouri 63105 Tel: (314) 862-1411 Fax: (314) 862-1701 |
| _____/Sherrie A. Schroder_____ SHERRIE A. SCHRODER, #4307 Attorneys for Plaintiffs | _____/Joshua M. Schindler___ JOSHUA M. SCHINDLER, #22593 Attorneys for Defendant |

SO ORDERED: _/s/ Jean C Hamilton_
6/18/09